UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIDCO, LLC d/b/a CLOUD NINE SERVICES,<br><br>  Plaintiff,<br><br>v.<br><br>JEFFREY NUSSBAUM, BRIAN EGGEMAN, EVA GASIOROWSKA, HUZAIFAH SAIFEE, YANGZHI ZHAO, JULY Y3, LLC, EEC GLOBAL SERVICES, LLC, and EEC SERVICES, LLC,<br><br>  Defendants. | Civil Action No. 18-cv-12042 (VSB)<br><br>**NOTICE OF FILING PLAINTIFF'S LIST OF CLIENTS AND SERVICES PURSUANT TO THE COURT'S FEBRUARY 22, 2019 ORDER** |

Pursuant to the Court's February 22, 2019 Order, plaintiff SIDCO, LLC d/b/a Cloud Nine Services ("SIDCO") is providing its list of clients and services, attached hereto as Exhibit A.

Exhibit A has been filed under seal.

Dated:  March 4, 2019

                Respectfully submitted,

                **EVERSHEDS SUTHERLAND (US) LLP**

                */s/ Lewis S. Wiener*
                Ronald W. Zdrojeski
                Lewis S. Wiener
                Gabriella S. Paglieri
                Jocelyn M. Weinstein
                EVERSHEDS SUTHERLAND (US) LLP
                The Grace Building, 40th Floor
                1114 Avenue of the Americas
                New York, NY 10036
                (p) 212.389.5000
                ronzdrojeski@eversheds-sutherland.com
                lewiswiener@eversheds-sutherland.com
                gabriellapaglieri@eversheds-sutherland.com
                jocelynweinstein@eversheds-sutherland.com

                *Of counsel:*
                Brittany M. Cambre

>
> EVERSHEDS SUTHERLAND (US) LLP
> 999 Peachtree Street, NE, Suite 2300
> Atlanta, GA 30309-3996
> (p) 404.853.8063
> (f) 404.853.8806
> brittanycambre@eversheds-sutherland.com
>
> *Attorneys for Plaintiff SIDCO, LLC*